# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0254

VERSUS

HAROLD SCOTT

**JULY 1, 2024**

---

In Re:     Harold Scott, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-79-0433.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on March 2, 2023.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT